FILED 27 OCT '23 09:46 USDC-ORE

UNITED STATES FEDERAL COURT

DISTRICT OF OREGON

| | |
|---|---|
| CALE MCCOLLOUGH, | ) Civil Case Number: 6:23-cv-01582-MK |
| Plaintiff | ) |
| v. | ) ORIGINAL FIRST AMENDMENT AND ADA |
| PORTLAND STATE | ) COMPLAINT AND OREGON TORT CLAIMS ACT |
| UNIVERSITY | ) COMPENSATION DEMAND; DEMAND FOR JURY |
| c/o Ann Cudd, | ) TRIAL |
| Defendants, | ) |

TO THE JUDGE OF SAID HONERABLE COURT:

**COME NOW,** Plaintiff CALE MCCOLLOUGH (pronounced Cale) complains and for causes of action alleges as follows.

## I. Parties

1A. Chal McCollough, hereinafter Cale, resides at 3170 W 14th Ave, Eugene Oregon, 97402 and phone number 503-454-6594 and email address is chalmccollough@hotmail.com.

1B. Defendant, PORTLAND STATE UNIVERSITY, hereinafter PSU, is a recipient of federal funds subject to the First Amendment and Americans with Disabilities Act, hereinafter ADA; and a government entity authorized under the laws of Oregon. Ann Cudd has been the President of PSU since 2023 and she is the legal representative for PSU.

## II. Basis for Jurisdiction


Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

2. This controversy is a Federal question regarding the First Amendment of US Constitution of the United States and ADA and the Oregon Tort Claims Act, ORS 30.265 and ORS 30.269, against a State entity where the Federal Courts have original jurisdiction.

3. The amount is controversy is that PSU owes Cale $2,347,700 under ORS 30.265 and ORS 30.269 in tort compensation for injuries they caused from the State deprivation of his First and Fourteenth Amendment Rights, unlawful discrimination against a disabled person under the ADA, and resulting psychologically and emotional injury, as part of a pattern of the State of Oregon not using Clear and Convincing Evidence to deprive Cale of his rights that left Cale disabled with Complex Post Traumatic Syndrome, hereinafter CPTSD.

## III. Claim for Relief

4. Cale realleges all claim made above.

### Unlawful Deprivation of First Amendment under ORS 109.119

5. Cale started out as a high school dropout attending Lane Community College, hereinafter LCC, in 2001 and he took classes on and off until 2009 and fought wildland fires in the summer.

6. Cale started developing depression in 2006 from a pattern of poverty and housing instability that caused him to drop out of classes at LCC and lose his financial aid, forcing him and his mother Mary McCollough, hereinafter Mary, to pay out of pocket to retake the same classes at LCC multiple times, causing him to be poor, get bad grades, slowing down his education, and worsening the housing instability and poverty in a feedback loop. During this time at LCC Cale had retake College Algebra, Trigonometry, and Physics multiple times charging Mary and Cale full price each time, and he got a B in Calc 1, C in Calc 2, and D in Calc 3. Calc got a C- in


Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

Discrete Math 1 and he dropped out of Discrete Math 2 to work to avoid being homeless.

7. In 2008, Cale had a child named David McCollough, hereinafter David, with a woman he hardly knew named Karleigh A.C. Jones, hereinafter Karleigh.

8. After the birth Karleigh's mother Kalyn Jones, hereinafter KC, convinced Karleigh to break up with Cale and Karleigh and David moved in with KC.

9. In 2009, Karleigh neglected David and the Oregon Department of Human Services Child Protective Services, hereinafter CPS, took custody of David and placed him in the custody of Cale.

10. KC then filed for custody of David under ORS 109.119 in Lane County Circuit Court Case# 15-09-21300. KC and her attorney committed Fraud Upon the Court by falsely claiming that KC had custody of David for 6 months unbroken as required by ORS 109.119, which is disproven by the fact that CPS placed David in Cale's custody, and KC alleged she had psychological parent status, which allowed the Court the use a Preponderance of Evidence rather than the Clear and Convincing evidence requirement that is required under Troxel v. Granville, 530 U.S. 57 (2000) to deprive Cale of his First Amendment right to the care, custody, and control of his son David.

11. Cale was too poor from attending LCC and having to pay out of pocket to be able to afford an attorney and he self-represented. Cale did not know what the Preponderance of Evidence Standard meant and did not have the skills required to understand how ORS 109.119 worked and was unable to tell that the ORS 109.119 requires the minor child to have lived with person petitioning for third-party custody for 6 months unbroken. ORS 109.119 has never been taken to the Supreme Court, so it is a controversy to the Court if living with your parents for longer than 6 months diminishes you and your children's First Amendment Rights; but clearly it does



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

not, living with your parents is legally no different than living with a roommate.

12. Before trial Cale was living in a newly built studio about 20 feet behind the main house that had electricity, insulation, carpet, and for David's first birthday before the trial Cale setup a playroom with bed in the room adjacent to the studio that has an 8-foot wide by 10-foot-tall window so you can see from the studio into the playroom. At this time there was someone living in the main house, so the house was not unattended.

13. At some time before trial, Cale raised his voice at KC and her husband in front of David and told them if they weren't nice to Cale that he would stop talking to them. At this point Karleigh had not been stripped of her parental rights and KC and her husband had the ability to see David though Kareigh during her parenting time.

14. In 2010 in Court before Judge Bryan Hodges, Cale was blind-sided by the KC's attorney asking Cale a hypothetical question: "What would you do if you had friends over and David was sleeping?" Cale responded, "there is a huge window so I could see David sleeping while I work and hear him with a baby monitor." This situation never happened; it was only hypothetical.

15. In 2010 the Court awarded custody of David to KC by falsely claiming that Cale was not acting in David's best interests because Cale "used a baby monitor to monitor David while he slept unattended in the playroom while he was hanging out with his friends in the studio", which never happened, and that Cale "yelled" at KC and threatened to stop talking to her and not let her see David. None of these claims were true, but with a Preponderance of Evidence that is all the Court needs to convict you. Had the Clear and Convincing Evidence standard been used, the Court would have been forced to respect the Cale's First Amendment Rights and the Court would had to prove the State is using the least intervention possible to mitigate the detrimental circumstances and balance the parties' rights, and that the Court action was almost



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone:
503-454-6594

certainly required and because the claims are almost certainly true. Because the Court used a preponderance of evidence, Cale lost his First Amendment Right to free speech and association at his own home and the right to the care, custody, and control of his son David. Cale also suffered great reputational damage from being falsely-labeled an unfit parent.

**Cale and David Develop Emotional Disabilities**

16. After losing custody, Cale began attending the Computer Engineering, hereinafter CmpE, program at PSU working towards a Bachelor of Engineering Embedded Systems degree with Minor in Computer Science.

17. While Cale was going to college from his time at LCC to PSU, the price of college at PSU and LCC more than doubled, due primarily to the rapid grown of the number of University administrators and because of said Universities competing for out of State and foreign student's money by providing luxury amenities. The State of Oregon also started underfunding the public Universities, forcing the parents to pay dramatically more in tuition until today when it's the norm to graduate with $100K in debt and no good prospects for jobs in their industry. Democrats were the ones running Oregon then and now.

18. Cale took living expense loans with his Federal Financial Aid but due to the tuition increases he was never enough to afford housing, and he was forced to live in Eugene at Mary's house and commute to PSU by Amtrak, causing Cale to become alienated from his friend groups in Eugene and Portland from having to be on the train so much.

19. Cale got good grades at PSU overall, but he failed a small number of classes due to severe depression and living in Eugene and having to take the Amtrak 3 to 5 times per week. PSU charged Mary and Cale full price to retake the classes, which drained his Financial Aid and constitutes unlawful discrimination against a disabled person under the ADA.


Chal McCollough Phone:
3170 W 14th Ave 503-454-6594
Eugene OR 97402

20. Cale started to develop CPTSD after taking Embedded Systems 1 and he had to debug firmware in assembly and the teacher failed him for one bug in his code and he spend weeks in the lab, and then Cale started literally banging his head against a concrete wall.

21. Cale was on track to graduate with over a 3.0 GPA by the end of 2014 until out of the blue Cale received a letter in the beginning of the Fall term 2013 from the Federal Education Department that he had ran out of Financial Aid and he was not going to have money to attend school the next term and to pay for train tickets to get to school at the end of the term.

22. Because Cale had no money to get to PSU and was giving no advanced warning that he had lost his financial aid, Cale fell into a deep depression and did not get out of bed for one month, causing him to fail his classes.

23. Cale involuntarily dropped out of PSU from lack of funding and spent years working on his startup company Blue Story Engineering, LLC that makes MIDI, DMX, and LED lighting controllers and the Script2 C++ and RPC API and SCRIPT (networking) protocol. Cale briefly worked as an Embedded Systems consultant through the Fertilab Startup Incubator in Eugene. The only paid work Cale found was an inside connection to make one PCB for a biotech company named NemaMetrics along with one day of consulting work for a little less than $1000 for both jobs. There just wasn't enough suitable consulting work in Eugene and Cale could not afford to move to Portland with the custody situation so Cale was trapped in Eugene in what should have been his career prime. Cale was attempting to get financially stable so he could go back to Court for custody and go back to PSU for a Masters in CmpE. Cale was unable to get a CmpE internship because interviewers cited that he was no longer in the engineering program at PSU and did not have a degree.

24. While at Fertilab's Startup Incubator in Eugene Cale started to develop severe depression


Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

from the custody situation and being poor. Cale started spending a lot of time in the bathroom crying, until the crying got so bad that he had to leave Fertilab. Cale spent years crying most of the day and night from being alienated from his son David and being poor in his mating prime and unable to attract a girlfriend, which caused him to be labeled an incel by his peer group.

25. In 2015 KC got divorced from her husband and she was living in a filthy mice infested house and neglecting David, forcing him to sleep on a urine-stained mattress, and Petitioners were hitting David.

26. David gradually during this time developed an emotional disability and started acting out in school, mirroring Cale's emotional state, and he got put on an Individual Education Plan (IEP) and is considered emotionally disabled to the State.

27. At some point in 2015 Cale became aware of Troxel v. Granville :: 530 U.S. 57 (2000) and what Clear and Convincing and Preponderance of Evidence Standards mean. Cale discovered that the Court has never ruled on if psychological parents can get a Preponderance of Evidence in third-party custody proceedings. Cale discovered that under Jensen v. Bevard, 215 Or App 215, 168 P3d 1209 (2007) KC never had right to file for custody of David because she didn't have him for 6 months consecutively before filing for custody, and that Cale and David's Fundamental Federally-protected Rights had been severely violated.

28. In 2016 Cale attempted to go back to Court for custody of David, but he could not get into KC's house to take pictures of the filthy living situation, and KC had custody of David on the weekdays. Cale attempted to make his First Amendment argument to Judge Holland and have David testify but the Judge refused to examine the Fraud Upon the Court. KC had custody of David that week and would not let David testify.

29. The Court denied Cale's motion for custody without including the finding of fact as



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone:
503-454-6594

required under ORS 109.119 citing that he was on Escitalopram or Lexapro antidepressants and still in therapy for severe depression, and he did not have enough money, despite the fact that Cale was living with his mother Mary who is a $millionaire, Cale did not need to work, and they were able to care for David much better than KC.

30. After being denied custody Cale was suffering intense CPTSD from Legal Abuse Syndrome, which is CPTSD induced from having to be exposed to Court stress for years knowing you are innocent and you are forced to practice debating Court documents to an imaginary Judge and foe attorney, which traumatized Cale from repeated stress and drained his libido and puts him into a drained emotional state that cycled from intense anger to sadness like bi-polar syndrome.

**Cale Goes Back to PSU the Second Time**

31. After being denied custody Cale re-enrolled at PSU for a CmpE degree on conditional acceptance to the program and started taking the Amtrak to Portland 3 to 5 times per week and Cale arrived at PSU already with bad CPTSD but he did not know that he had CPTSD or what it even was. The PSU CmpE Program made Cale retake a lot of classes at full price to get re-accepted to the CmpE program.

32. The US Federal Government gives students 600% of one year's financial aid, and they only give you enough to take 12 credit hours per term for three terms, or 36 credits per term. To get through the 4-year program at the rate allowed by financial aid, you will have to go to school for at least 5 years, which makes it not a 4-year degree unless you have money.

33. At the end of Fall term 2016 Cale moved into a dorm at PSU.

34. Cale had taken years off from school and in the last time he was in school he was getting



Chal McCollough Phone:
3170 W 14th Ave 503-454-6594
Eugene OR 97402

tripped up on logarithm rules and complex conjugates. Chal attempted to take Calc 3 and Calc 4, but he failed and dropped both classes because each problem took Chal almost or over an hour due to completely blanking on basic trigonometry/logarithm rules and complex conjugates. The following term Chal took CS 250 Discrete Structures 1 (which is the same as Discrete Math 1 at LCC), which is one of Cale's weakest subject, and he failed. Cale failed CS 250 against the next term and then passed the third term. Cale took Calc 1 and Calc 3 and worked on his logarithm rules and complex conjugates and got 100% A in both classes. PSU charged Mary and Cale full price to retake the classes.

35. Cale stayed enrolled for about 1.5 years and over that time Cale's CPTSD got worse. Cale had to write Court papers while taking highly stressful engineering classes, fighting with KC, and the PSU CmpE program was threatening to kick Cale out and every time Cale did sub-par he would get extremely stressed out and go into deep depression because he would be kicked out of school and lose his career.

36. Cale failed one of the classes that he is best at, Embedded Systems 2, three times. On the third time Cale has really bad CPTSD and he engaged in the competition to make the world's fastest number printing algorithm, which he describes as a bug light for computer engineering masters. Cale succeeded in inventing the fastest number printing algorithm optimizing the integer-to-string algorithm to use fewer than half of the division instructions of at that time current methods using some discrete mathematics. Cale may have failed Discrete Math multiple times, but in the end, he became a famous computer scientist and engineer. If the US Government and computer industry were to switch to Cale's Puff Algorithm then the US Government would save $millions per year off their power bill, including the State of Oregon. On the third time Cale failed Embedded Systems 2 he got kicked out of the PSU CmpE program. Each time Cale failed Embedded Systems 2 he had a B in the class but he missed the final project deadline due to CPTSD and having to commute back and forth between Eugene and Portland to be with David every other weekend, which ended up almost every weekend


Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

because KC gave Cale extra weekends after her divorce. PSU did not give Cale reasonable accommodation. Cale's final project worked, but Cale is a extremely smart and he runs a high tech startup company and is just on another level and need to have the reasonable accommodation of being able to turn in the project after the class ended because he had a B each time. You can read the Puff Algorithm at:

https://github.com/KabukiStarship/Script2/wiki/Fastest-Method-to-Print-Integers-and-Floating-point-Numbers

37. Because Cale and Mary had to pay full price to retake classes due to his disability, CPTSD, it used up Cale's financial aid and he was unable to graduate again and at the end of this period Cale had such bad CPTSD that it felt like he had been shot with guns.

38. When Cale saw the writing on the wall that again he would not be able to graduate he started preparing to go back to Court for custody and moved out of the dorm and back to Eugene.

**KC Neglects David and Loses Custody to CPS and Cale Gets Custody**

39. Cale went back to Court one last time, but this time again the Judge would not let David testify and Cale's motion was denied.

40. Several months later, in 2018, Cale got a Cale from CPS that KC had been neglecting David after CPS received reports that their house had no electricity or running water, but CPS could not get into KC's house, and randomly the CPS worker got into KC's house, at which time CPS discovered that David had been sleeping in a urine-stained mattress in a pile of literal garbage stacked up almost head-high and a rat infestation. The mattress was so nasty you couldn't even tell it was mattress. CPS took custody of KC's natural children and put David in the custody of


Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

Cale.

41. Cale files for custody one last time and is awarded full custody of David, marking the end of that nightmare or his fiend group labeling him an incel.

42. Cale and David started counseling at The Child Center in Eugene, Oregon for their emotional disabilities. Unfortunately, this does nothing to repair Cale's reputational damage from being falsely-labeled not an impoverished dangerous unfit parent by the Court.

43. Despite finally winning custody, Cale still suffered from severe depression and CPTSD.

44. In 2019 Cale was in the process of inventing a CO2 sequestration machine that might be the world's most efficient water heater and HVAC system called the OregonCooler, then Cale publishes his Theory of Gradient Relativity. The theory states that atoms are compressed space, and that gravity is the result of so-called Quantum Foam being compressed into Atoms. The sun is moving the way it is not because it's being pulled, but because it's a lower energy State to go into a black hole, where E=MC^2=F_electrons*M_electrons=0. Light is an oscillation so when it is oscillating from 0 to 2*pi radians it is in the F=MA force stage, or force, but after it has revolved past 2*pi radians it goes into the E=MC^2 work phase. Inside of black hole the electrons are stacked up into such high energy states ala the Pauli Exclusion Principle that the electrons can no longer move, which time the acceleration of the electron though the magnetic field is 0 and the hole is black. Gravity does not pull light in; the light is oscillating electrons in the black hole and there is just so much stuff in there that it is just the most statistically likely path for the light to travel. Cale may have failed physics multiple times at LCC, but many people say that Cale is the Albert Einstein or Issac Newton of our time. You can read the research paper at https://www.quora.com/What-is-the-theory-of-gradient-relativity-and-how-does-it-explain-gravity-black-holes-the-Big-Bang-and-infinitely-expanding-multi-verses-1/answers/331077280



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

**Injury from PSU's Unlawful Deprivation of First and Fourteenth Amendment Rights**

45. In 2021, President Biden and PSU issued an unlawful vaccine mandate to students to get the experimental COVID mRNA vaccine, hereinafter "The Mark of the Beast".

46. In 2021, Cale reenrolls into the Computer Science program at PSU and takes CS 251, Discrete Structures 2 (which same as Discrete Math 2, MATH 231), in Fall Term.

47. On October 7, 2021, Cale submitted by email The Mark of the Beast Mandate waiver Petition to vaccines@pdx.edu in which Cale wrote in the email "You can go fuck yourself you piece of shit scumbag Democrat mother fuckers. Vaccine mandates are illegal. Suck my fucking dick punk. Fuck Joe Beijing Biden and Hyena Harris.".

48. Vaccines Service Account (vaccines@pdx.edu) responded with the following message.

*Mr. Mccullough,*

*While we appreciate you sending in your paperwork, your email and the language used are extremely inappropriate and disruptive to our work environment, which is why we will be referring this email to the Student Conduct & Community Standards and Dean of Student Life for conduct review.*

*You should expect outreach from their office soon. We ask that if you need to communicate with our department in the future, you do not use profanity or insults. If you fail to abide by these boundaries, you will be reported to Student Conduct & Community Standards for failing to comply with our reasonable request.*



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

*Best,*

*Susan*

50. Hereinafter #woke means Leftist Social Justice Warriors who espouse Critical Race and Gender Theory and they espouse feminist-misandry/contempt-and-resentment-against-males-and-the-patriachy, Pride Month, and anti-whitism/anti-white-racism, which means that you think white people are racist colonizers and you have resentment and hostility to white people, especially white males, who they falsely claim are the oppressor class who oppressed the victim classes of the women, LGBTQ, and non-whites, and that white people are "colonizers" who stole the land like Israeli settlers in Palestine.

51. On October 11, 2021 at 10:47 AM ERICA GELLER, who is a short haired feminist with She/Her in her title, which is a political statement meaning you're a #woke Leftist Social Justice Warrior, gave Cale a Student Code of Conduct violation alleging that Cale had "disrupted the work of the employees at the University's Student Health and Counseling Center (SHAC), and ERICA GELLER sent Cale an email with an invitation for a meeting for a kangaroo court trial.

52. Cale responded by Email with the response "I'm requesting to meet with someone who doesn't have She/They in their title. You're on of those Democrats that are causing nightmares for people. I don't want to talk to you or anyone who is in the #woke mob. You want to stick and needle in my arm, you can kiss my ass."

53. ERICA GELLER responded October 14, 2021, at 12:24 PM "Unfortunately, that is not an appropriate reason for requesting an alternate hearing officer. Additionally, we require at least 24 hours notice to reschedule or alter the hearing in any way, and unfortunately, we are within 24 hours of the hearing time. If you are not interested in meeting via zoom for the hearing, you



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

are welcome to submit a written statement in lieu of your attendance. The written statement should address the charges, whether you believe you are responsible/not responsible for the alleged violation in your hearing letter, and you're reasoning. For your convenience, I've attached the hearing letter with the charge information included."

54. Cale responded on October 14, 2021, 12:46 PM with the following written statement:

*"Your vaccine mandate is 100% illegal. You should know better, but Democrats like Kate Brown, Joe Biden, Hyena Harris, Pelosi, AOC are scum bag pieces of shit who can suck the shit out of my asshole. A US Federal Court this month ruled in favor of the Western Michigan University athletes citing that the school must take into account religious exemptions. Proof here*

*https://www.natlawreview.com/article/university-policy-mandating-covid-19-vaccines-student-athletes-blocked-sixth-circuit*

*You're harassing me with the intent to assault me with a needle with some dangerous experimental vaccine. Shit-bag punk Democrats used to force-sterilize people, most non-white, stupid, retarded, and poor people. They claimed they had the right to sterilize because it was in the interest of public health. This is exactly what the scum-sucking shit-bag Democrats are claiming now. This is a deeply held offense that PSU has mandated vaccines that provokes rage and vitriol.*

*Democrats regularly think it doesn't matter to fuck over people for not complying with their authoritarianism. Democrats have been targeting my class with hatred, hostility, violence, targeted firing, canceling, bullying, harassment. We're not taking it anymore. We're not going to be nice to you, I'll just sue you.*



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

*You're the one who is trying to assault me by sticking a needle in my arm to inject me with some experimental vaccine. The problem is you haven't specified which vaccine, there are three of them plus the Chinese one. Some vaccines have more health problems than others. The rate of myocarditis hospitalizations from the COVID vaccines is higher than the rate of hospitalizations in my age group. You're trying to force me to take a vaccine that gives people heart problems that has killed over 15K people and permanently disabled over 25K people. You can expect a vitriolic response from students who have a spin. That's a religious's held moral objection. You can expect people to cuss you out and tell them to suck your dick and kick your ass.*

*The COVID vaccine is completely ineffective against the Delta variant. In fact, the vaccines killed off all the varieties of COVID strands that typically act as natural vaccines. If you do get a COVID vaccine, it will not introduce you to the proteins in the inside of the COVID virus. You're supposed to still get natural infected with COVID when you have the antibodies, and not trying a failed zero-COVID policy so you inevitably get infected after your antibodies wane. That's stupid.*

*By forcing students to wear masks, you've deprived us of our right to free association. We have a right to associate with people with COVID so we can get infected and infect others. The Government is incompetent. The people best able to make their own medical decisions. By trying to prevent me from making my medical decisions, then you have assaulted me and you can prepare for a vitriolic response as you have deeply offended me."*



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

55. On October 19th ERICA GELLER emailed Cale informing him that she had denied his Petition, and blocked Cale's ability to register for classes, falsely claiming that Cale did not show up for the Kangaroo Court, even though Cale submitted a written statement as ERICA GELLER stated he could do.

56. On October 19, 2021, Cale appealed the ERICA GELLER's decision with the following claim "My name is Cale (pronounced Cale) McCollough student number. I was falsely accused of violating the bullshit Code of Conduct while I was engaging in a political protest Portland State University's (PSU) unlawful The Mark of the Beast mandate on October 7, 2021 and Portland State University unlawfully violated my free speech without use of Clear and Convincing Evidence as required under US Supreme Court ruling Troxel V. Granville. Now I'm also engaging in a protest your BS Code of Conduct and unlawful use of Preponderance of the Evidence to deprive students of their fundamental federally protect rights." The appeal also contained a long political protest available in the Appendix, but the top paragraph is the most relevant.

57. Cale emailed the PSU Student Conduct Office multiple times to check up on the appeal process over many months but did not receive the appeal denial until PSU emailed it on February 11, 2:31 PM, and Cale logged in to check the email a couple of weeks later stating

> *"On October 19, you filed an appeal of Ms. Geller's decision. On your appeal form you indicated that an appeal should be granted because there was an error in the conduct process, because there is relevant information available now that was not available at the time of the hearing, and because the sanction was outside the authority of the University. In arriving at the decision below, I have reviewed the student conduct appeal form and the narrative statement you submitted with the form. I have also reviewed information from the student conduct file.*
>
> *Your appeal is DENIED for the following reasons:*


Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

*• The first basis of your appeal is that that you claim there was an error in the conduct process. You have not identified what that error is nor why any such error was material to the decision and process. Accordingly, this is not a basis that would support granting your appeal.*

*• Regarding the next basis of your appeal concerning new information, you have not offered or identified any new information that was not available to you at the time of the hearing. The only information you provide in your appeal is information about your personal and political beliefs about vaccines and the legal rights and responsibilities as you understand them. This is not new information, and had you chosen to attend the hearing, you could have presented this information about your perspective. Thus, this is also not a basis to support granting the appeal.*

*• And, finally, you allege that the sanction was outside the authority of the University. I do not concur. The University has the authority to issue the sanctions it issued here, which include probation and an educational essay. Code section XIV, para. (4) and (6)."*

58. PSU never told Cale what part of the Code of Conduct he violated, which prohibits "Disruptive behavior: any behavior that interrupts the normal operations of the University, including teaching, classroom activities, research, administrative functions, disciplinary procedures, or other authorized University activities." The COVID vaccine mandate was part of Joe Biden's FDA Emergency Use Authorization, hereinafter EUA, was not part of the normal operations of the University. This also does not match the definition of disrupting a public body, which generally means you actually disrupted the organization's operations, not said something that offended a Democrat, which is exceptionally easy to do to #woke Democrats. The PSU Student Conduct and Responsibility Policy says: "Portland State University supports the right of all people to live and learn in a safe and respectful environment that promotes the


Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

free and vigorous expression of ideas. PSU students and recognized student organizations are expected to conduct themselves in a manner consistent with these principles." Cale was conducting himself in accordance with the Student Code of Conduct, he was engaging in free and vigorous expression of ideas by protesting the unlawful The Mark of the Beast mandate from the Democrats, and in the controversial email he was specifically criticizing Democrats, which is protected free speech. The PSU Staff could have just ignored the email and processed the waiver form, but instead the PSU Staff chose to interrupt the operations of the school to punish Cale for exercising free speech on public property.

59. In 2023 the FDA pulled EUA for the Pfizer mRNA vaccine/ The Mark of the Beast, citing that The Mark of the Beast was causing blood clots that were killing people. This was The Mark of the Beast that the PSU was trying to force Cale to take. Cale was right. It wasn't just a political rant as was falsely Stated by PSU, PSU was trying to injure students with an unnecessary experimental The Mark of the Beast because the University is run by Democrats, and Cale had good reason to exercise his First Amendment Rights in this incident to protect himself and PSU students. Just because the FDA did a shortcut and skipped the trail Stage and went straight to forced human trials doesn't make The Mark of the Beast not an experimental vaccine, and forcing civilians to take experimental vaccines/The Mark of the Beast violates the Nuremberg Code. We are not lab rats, and there was no good reason for young healthy people to take the COVID Mark of the Beast, it didn't stop the spread or significantly reduce young people's chance of death, but rather it increased your chance of death from blood clots.

60. PSU claimed they have a right to suspend Cale and force him to write an essay, but the result was permanent expulsion, violating Cale's First Amendment right to free speech on PSU Campus in classes he is qualified to be in. It's current 2023. PSU would not have suspended any student for this long for saying some naughty words that offended the Democrats who work at PSU.



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

61. Nation-wide about 92% of College Professors donate money to the Democratic Party. In Oregon 98% of Public University staff donates to Democrats. The PSU staff were not operating in a politically neutral manner, they were acting on behalf of the Democrat party and Biden administration that unlawfully mandated The Mark of the Beast. It's been my experience that there are so many Democrats working for PSU because they discriminate against Republicans and white males for hiring, citing the University's Democrat's Diversity, Equity, and Inclusion policy and Affirmative Action that was just made illegal by the SCOTUS.

62. Defendants unlawfully abridged Cale's fundamental Federally right to Free Speech on public property by convicting him using a preponderance of the evidence. The State is required to use Clear and Convincing evidence to deprive citizens of their Fundamental Federally-protected Rights under the Substantive due process clause of the Fourteenth Amendment. At the far-Left University you only get free speech when the #woke Democrats aren't offended, which is pretty rare post-Trump; they have Safe spaces at PSU for #woke progressives (AKA snowflakes).

63. After Cale was kicked out of PSU he became the most depressed in his entire life and became suicidal for years until 2023. PSU's unlawful and vindictive actions made Cale wish he was dead.

64. In 2022 Cale was denied entry into the PSU Cleantech Challenge for his invention of the OregonCooler $CO_2$ sequestrating water heater and HVAC because Cale was not enrolled at PSU.

65. In 2022 Cale was sent an email by PSU saying that PSU had funds for him to go back to school, but Cale is unable to register for classes at PSU because is permanently suspended.



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

## VII. REQUESTED IN COMPLAINT

66. Defendants caused financial and reputational damages and severe psychological and emotional suffering to Cale by unlawfully expelling him for exercising his First Amendment Rights, causing Cale to be unable to finish his degree, causing losses in wages, grants, engineering student co-founders, and business connections. The only reason why Cale's message was even rude was because he has CPTSD, which is unlawful discrimination against a disabled person under the ADA.

67. Based on PSU's intentional unlawful acts that PSU is liable for, Cale is entitled to and demanding **$2,347,700** in compensation for damages under the Oregon Tort Claims Act resulting from personal injuries caused by the State unlawfully depriving Cale of his First and Fourteenth Amendment rights, discrimination under the ADA, and subsequent permanent banning from PSU.

68. Cale is age 41 and still owes about $90,000 to the Federal Government for student loans, and the tuition money for Cale's classes was paid for by Mary. Mary has the First Amendment right to control Cale's education when she is paying the tuition bill, which is reciprocally Cale's right to have Mary control his education if she is paying. Mary paid Cale's college bills for decades beyond the small amount of financial aid that only covered classes. Mary never wanted Cale to go to school at Portland State or Lane Community College. Mary went to LCC and hates the school, and wanted Cale to go to computer science school at the University of Oregon because it was in town. Cale still owes over $50,000 Mary for the tuition and bills she paid for, and Cale demands the school refund all money paid in tuition and fees that was unlawfully collected to be paid to Mary. Mary may join this lawsuit to demand additional damages beyond the Oregon Tort Claims act limitation for one injured person, else this money is part of the award for damages.


Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

69. This petition is being made in a timely manner because before the 180-day after the tort incident window of the Oregon Tort Claims Act closed, Cale mailed the Oregon Director of Administrative Services a copy of the First draft of this Compliant with Oregon Tort Claims demand for compensation, which "stopped the legal clock" and Cale is legally allowed to file this Compliant in 2023. Cale has the proof of delivery from the US Postal Service, attached as Appendix 2. Cale demands the Court accept his complaint and give him his day in Court to redress grievances.

70. Cale demands a Jury trial.

71. Cale respectfully requests Discovery in this case be conducted under Oregon Rules of Civil Procedure (hereinafter ORCP) Rule 36(A).

72. Pursuant to Rule 36(A) of the Oregon rule of Civil Procedure, within thirty days of service of this request, the information and material described in Rule 36(A) of the Oregon Rules of Civil Procedure. Cale demands the responding parties to produce responsive documents at the undersigned law offices within 30 days of service of this request.

## VIII. Related Cases

73. In **Spokeo, 578 U. S., at 338**, no federal court has jurisdiction to enter a judgment unless it provides a remedy that can redress the Cale 's injury.

74. In **Uzuegbunam v. Preczewski, 392 U.S. ____ (2021)**, the Supreme Court decreed that you can sue schools for violating your right to free speech holding that a request for nominal damages satisfies the redressability element necessary for Article III standing where a Cale's claim is based on a completed violation of a legal right.



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

75. In **New York Times v. Sullivan (1964),** The Supreme Court decreed "against the background of a profound national commitment to the principle that debate on public issues should be uninhibited, robust, and wide-open, and that it may well include vehement, caustic, and sometimes unpleasantly sharp attacks on government and public officials."

76. In **Troxel v. Granville, 530 U.S. 57 (2000),** the Supreme Court decreed that in order for the State to abridge citizens First Amendment rights the State or third-party is required to show clear and convincing evidence under the Fourteenth Amendment, Substantive due process, that there are extraordinary detrimental circumstance that exists and will exist in the future that justifies the State's interest in intervening to preserve other party's fundamental Federally Protected Rights; and that State is required to use the minimum intervention possible to eliminate the detrimental circumstance.

77. In **Brandenburg v. Ohio , 395 U.S. 444 (1969),** the Supreme Court held that the government cannot punish inflammatory speech unless it intentionally and effectively provokes a crowd to immediately carry out violent or unlawful action.

78. In **United States of America v. Karl Brandt, et al.,** the Court decreed that the State cannot mandate citizens to take experimental medical treatments such as the mRNA Mark of the Beast.

79. The **Americans with Disabilities Act (42 U.S.C. § 12101)** prohibits discrimination based on disability, which includes CPTSD, learning disabilities, and memory imparements.

80. In **Yakich v. Aulds, 440 Ill. Dec. 837,** the Illinois Supreme Court found that if the State forces Parents to pay for college tuition that the parents still retain their right to control their children's education even after the age of 18 and the State must repay tuition if the Parents demand it back.



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

## Statement of Points and Authorities

81. The **First Amendment** to the US Constitution commands "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances."

82. The **Fourteenth Amendment** provides citizens right to use of a substantive due process to deprive citizens of their rights with use of clear and convincing evidence where the State has the burden of proof to show that the State has a compelling interest in abridging the Constitutional rights and that the intervention is absolutely necessary to prevent injury to another's rights.

83. **ORS 30.275(5)** defines the procedure to sue the State and State employees for tort offenses by serving a formal Notice of Claim shall be given by mail or personal delivery: (a)If the claim is against the state or an officer, employee or agent thereof, to the office of the Director of the Oregon Department of Administrative Services."

WHEREFORE, Cale seeks the following relief:

a) Injunctive relief;
b) Declaratory relief;
c) Compensatory damages;
d) Reasonable attorney fees pursuant to 29 USC 794a(b) and 28 U.S.C. § 2678;
e) Any other relief the Court deems just and proper.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition was placed in the District Clerk's Office on 10/27, 2023.



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

Respectfully submitted 10/27, 2023.

Petitioner Cale McCollough Chal McCollough

Date: 10/27, 2023



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

## Appendix

## Appeal

My name is Cale (pronounced Cale) McCollough student number 911866257. I was falsely accused of violating the bullshit Code of Conduct while I was engaging in a political protest Portland State University's (PSU) unlawful vaccine mandate on October 7, 2021 and Portland State University unlawfully violated my free speech without use of Clear and Convincing Evidence as required under US Supreme Court ruling Troxel V. Granville. Now I'm also engaging in a protest your BS Code of Conduct and unlawful use of Preponderance of the Evidence to deprive students of their fundamental federally protect rights.

## This is a Political Protest

Portland State University is enforcing a State-wide vaccine mandate by Kate Brown and Federal Vaccine Mandate by China Joe Biden, the one who's crack head son Hunter Biden sells shitty paintings for $500K to mystery people no one knows who and takes millions from the Chinese to sell access to the White House. PSU is enforcing a State policy by elected individuals and is subject to the US Constitution and First, Fourth, and Fourteenth, and every other Amendment. It is my sincere belief that Democrats are scum-sucking pieces of shit dirt-bags and the vaccine mandate is completely illegal and infect, as well as the mask mandates.

## Democrats are scum-sucking pieces of shit dirt-bags

Democrats opposed abolition of slavery and woman's suffrage, the outlawed alcohol, they imposed Jim Crow, they forced sterilization hundreds of thousands of people to create a master race, Nazis modeled Nuremberg Laws after Democrat Jim Crow laws and Progressive Forced-sterilization programs, Lindon B Johnson started the War on Drugs and brought us into war in Vietnam of the false flag Gulf of Tonkin incident where a US ship was bombed by the US and pinned on the Vietnamese to drag us into war. Democrats were behind the weapons of mass destruction lies that brought us into the Iraq and Afghan


Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

wars. Democrats have controlled congress for hundreds of years and they are corrupt and a demonic party who push satanic abortion laws. They even used aborted fetal tissue to create COVID vaccines. It used to be black in Oregon until I after I graduated from high school. Democrats have a lot history of being completely scum-bag pieces of shit, and they are to this day scum.

## Clear and Convincing Evidence hurdle to deprive students of First Amendment Rights

In the US Supreme Court Troxel v Granville the Court decreed that the State shall use Clear and Convincing Evidence deprive citizens of their right to free speech. PSU's Code of Conduct (to be a shitbag) rule IX(5) claims states the school is using a preponderance of evidence hurdle, but this is unlawful and will result in a lawsuit against you.

Democrats commonly use what is called Evolutionism, where thy evolve the definitions of words to get the outcome they want in Court and society. This stands in stark contrast to the conservative, with a small c, ideology of Originalism invented by Antonin Scalia where they use the original meaning and intent of the law. When I sue PSU and the person who gave me the violation, I will claim my right to free speech and peaceful protest was violated, and the Court shall use Clear and Convincing Evidence because when I sue you I sue the State and they have the burden of proof.

## The vaccine mandate is completely illegal

Up until I was a kid Democrats used to force sterilize hundreds of thousands of people citing it was in the public's best health interests. It's been common knowledge that vaccine mandates on adults are illegal, but trash democrats have been pushing the envelope using riots to intimidate Trump supporters, open boarders to engineer elections by packing the electorate and using ballot harvesting in Democrat counties in Swing States to ensure Democrats always win.

Mark Zuckerberg paid $500 million do a private takeover of county election offices in Democrat counties in Swing states. Zuckerberg paid for ballot harvesting boxes called Zuckerboxes which he


Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

placed ever 4 square miles in Delaware County and 11,000 square miles in Republican Counties. Zuckerberg ran a shadow campaign that 'fortified Biden' by suppressing Trump and censoring Trump supporters, including my news organization, with an AI powered unsupervised learning bot that defamed us and I'm suing them for it. There might not be ballot fraud, but Zuckerberg did take over the election offices to ensure Biden would win. Now Joe Biden, who I do not recognize as the Legitimate President of the US, has been mandating everyone get vaccines and the scum bag piece of shit scum-sucker Kate Brown followed suit with vaccine mandates followed by PSU implementing a vaccine mandate.

**I am protesting the vaccine mandate, so my actions were protect under free speech.**

I don't need to take a vaccine for COVID, I'm not at risk of COVID. COVID is less deadly than the flu, only more contagious so more people get infected leading to more deaths. Vaccines might be based on science, but using vaccines on hundreds of millions of people is a science experiment I'm morally objecting to. If it was smallpox and 1/3 of people then I would be at risk and would get a vaccine, but 75% of people who were died or hospitalized from COVID were fat and 2/3 were over the average age of death. Those people have had 21 months to lose the weight. The number one indicator that someone will survive COVID is if they got early treatment like Monoclonal Antibodies for Treatment. I'm 39, I'm not fat, I'm strong, I have health insurance, I have no physical health problems, my risk of dying from COVID is very small.

PSU is trying to force me to get the Phizer vaccine, which is known to cause myocarditis, which is a heart problem that can kill you. The vaccine is completely ineffective against COVID, and it has killed off all the less deadly strands of COVID that serve as natural vaccines. PSU is demanding that I take an experimental vaccine that causes heart problems.

I built and open-source COVID ventilator and I had to learn how you die from COVID. The way you die is that your lungs get very heavy from swelling. People who are out of shape have a hard time breathing and their heart starts racing, causing most patients do die from heart failure. The use of COVID


Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

vaccines puts me at greater risk of death from COVID. I'm not going to get myocarditis to save some fat person who didn't go to the hospital when they got too sick.

Being forced to wear a mask is completely unnecessary. You can breathe through your nose to absorb droplets in the air, which will localize the COVID infection in your nose and adds Nitrous Oxide to the air which helps your lungs fight off a lower lung infection. I can socially distance from people and go out less and my chance of spreading COVID is lower than going out a lot with a mask on. I don't want to hang out with old and fat people anyways.

Being forced to wear masks and socially distance has resulted in a 4% birthrate reduction in 2020. Between 300,000 and 500,000 fewer babies were born in 2020 than 2019. I'm 39 and I have very few mating years to have a child left, and those have been taken from me from the COVID lockdowns isolating me. PSU is asking me to give up one of my children, causing my genetic line to die off, and get myocarditis, to save a fat person who had 21 months to lose the weight. I'm not complying with your illegal policies.

You'll notice that no animals have evolved a mask. This is because you can't eat with one and evolution favors the path of fewer parasites, hence why we evolved an immune system. I have an immune system, and it's perfectly functional. I don't need to wear masks and take a vaccines when natural immunity is 30+ times more effective. The vaccines are ineffective against the Delta variant, making us dependent of Government vaccines into the future, putting me at risk of being targeted by politicians and admin for non-compliance. The side effects of the arbitrary and capricious policies are far too great and they have a detrimental impact on my family and children.

The issues above combined with my Christian and Republican values justify me saying that if you can to stick a needle with an experimental vaccine in my arm, you can suck my dick and suck the shit out of my asshole you punk piece of shit Democrat mother fuckers. Fuck you. Don't fuck with my Bible, my guns, or Constitution or I'll come after you.


Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594

## Appendix 2

UNITED STATES POSTAL SERVICE®

Click-N-Ship®

P

usps.com
$11.60
US POSTAGE
Signature Confirmation

9410 8036 9930 0147 2307 68 0116 0000 1029 7301

U.S. POSTAGE PAID

03/08/2022 0 lb 10 oz Mailed from 97402

PRIORITY MAIL 2-DAY™

CHAL J MCCOLLOUGH
3170 W 14TH AVE
EUGENE OR 97402-3120

Expected Delivery Date: 03/12/22
Ref#: StateOR

0006

SIGNATURE REQUIRED

C018

SHIP TO: KATY COBA
STATE OF OREGON DAS DIRECTOR
155 COTTAGE ST NE
SALEM OR 97301-3964

USPS SIGNATURE TRACKING #

9410 8036 9930 0147 2307 68

Electronic Rate Approved #038555749

*Cut on dotted line.*

### Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.
2. Place your label so it does not wrap around the edge of the package.
3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.
4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.
5. Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

**Signature Confirmation™ :**
**9410 8036 9930 0147 2307 68**

| | |
|---|---|
| Trans. #: | 558366784 |
| Print Date: | 03/08/2022 |
| Ship Date: | 03/08/2022 |
| Expected Delivery Date: | 03/12/2022 |

| | |
|---|---|
| Priority Mail® Postage: | $8.70 |
| Signature Confirmation: (Electronic Rate) | $2.90 |
| Total: | $11.60 |

From: CHAL J MCCOLLOUGH
3170 W 14TH AVE
EUGENE OR 97402-3120

Ref#: StateOR

To: KATY COBA
STATE OF OREGON DAS DIRECTOR
155 COTTAGE ST NE
SALEM OR 97301-3964

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.



Chal McCollough
3170 W 14th Ave
Eugene OR 97402
Phone: 503-454-6594