UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. CHAL JAMISON MCCOLLOUGH,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>PORTLAND STATE UNIVERSITY, c/o Ann Cudd and SUSAN JEFFORDS, of Portland State University,<br><br>Defendants - Appellees. | No. 24-7617<br><br>D.C. No.<br>3:23-cv-01582-AR<br><br>District of Oregon, Portland<br><br>MANDATE |

The judgment of this Court, entered July 23, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT